

| | | | |
|---|---|---|---|
| Hazelton v. Hazelton | 61 WDA 2016<br>Affirmed | 12/09/2016 | 2014–1407–CD<br>(Clearfield) |
| Edwards v. Carite Co. | 143 WDA 2016<br>Affirmed | 12/09/2016 | 2014–1106, 2014–1110,<br>2014–4740<br>(Cambria) |
| Griffith v. City of Pittsburgh [7] | 241 WDA 2016<br>Affirmed,<br>Reversed and<br>Remanded | 12/09/2016 | GD No. 13–2219<br>(Allegheny) |
| Com. v. Stays | 1412 EDA 2015<br>Affirmed | 12/12/2016 | CP–51–CR–0008709–<br>2008<br>(Philadelphia) |
| Com. v. Wooden | 2971 EDA 2015<br>Quashed | 12/12/2016 | CP–51–CR–0001024–<br>2011<br>(Philadelphia) |
| Kontsevich v. Gutnik | 3707 EDA 2015<br>Affirmed | 12/12/2016 | 141102705<br>(Philadelphia) |
| Com. v. Johnson [8] | 3759 EDA 2015<br>Affirmed | 12/12/2016 | CP–23–CR–0006098–<br>1998<br>(Delaware) |
| Com. v. Lanier | 727 EDA 2016<br>Affirmed | 12/12/2016 | CP–51–CR–1007181–<br>2005<br>(Philadelphia) |
| D.R.M. v. N.K.M. | 757 EDA 2016<br>Quashed | 12/12/2016 | 2010–8597<br>(Delaware) |
| Kahrs v. A.M. Brady Stucco & Stone | 984 EDA 2016<br>Affirmed | 12/12/2016 | 10322–C 13<br>(Chester) |
| In the Interest of: J.C.E. | 1258 EDA 2016<br>Affirmed | 12/12/2016 | CP–09–JV–0000045–<br>2016<br>(Bucks) |
| Com. v. Gardner | 1481 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 12/12/2016 | CP–23–CR–0006452–<br>2015<br>(Delaware) |
| Com. v. I.J.–W. | 2018 MDA 2015<br>Affirmed | 12/12/2016 | CP–49–CR–0001078–<br>2015<br>(Northumberland) |
| Sal's Landscaping & Lawn Care v. Delvadia | 2171 MDA 2015<br>Affirmed | 12/12/2016 | 2013–CV–01386–DJ<br>(Dauphin) |
| Com. v. Wales | 2246 MDA 2015<br>Affirmed | 12/12/2016 | CP–08–CR–0000222–<br>2015<br>(Bradford) |
| Com. v. Larry | 351 MDA 2016<br>Affirmed | 12/12/2016 | CP–67–CR–0000703–<br>2008<br>(York) |

**7.** Petition for reargument denied February 16, 2017.

**8.** Petition for reargument denied February 16, 2017.